Wardlaw, Derek

FULL NAME

COMMITTED NAME (if different)

Central State Prison

FULL ADDRESS INCLUDING NAME OF INSTITUTION

4600 Fulton Mill Rd, Macon, Ga 31208

1000246906

PRISON NUMBER (if applicable)

FILED
CLERK U.S DISTRICT COURT

JUN - 1 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

---

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Derek Wardlaw

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

PLAINTIFF,

v.

Officer Marino
officer Chin
and PTS LLC

DEFENDANT(S).

CASE NUMBER **CV16-03840** JAK-KES

To be supplied by the Clerk

### CIVIL RIGHTS COMPLAINT
### PURSUANT TO *(Check one)*

☑ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes  ☑ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

RECEIVED
CLERK.U.S. DISTRICT COURT

MAY 2 7 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

---

CV-66 (7/97)

CIVIL RIGHTS COMPLAINT

Page 1 of 6

a. Parties to this previous lawsuit:
Plaintiff _____

_____

Defendants _____

_____

b. Court _____

_____

c. Docket or case number _____

d. Name of judge to whom case was assigned _____

e. Disposition (For example:  Was the case dismissed?  If so, what was the basis for dismissal?  Was it appealed?  Is it still pending?) _____

f. Issues raised: _____

_____

_____

g. Approximate date of filing lawsuit: _____

h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred?  ☑ Yes   ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint?  ☑ Yes   ☐ No

   If your answer is no, explain why not _____

   _____

   _____

3. Is the grievance procedure completed?  ☐ Yes   ☑ No

   If your answer is no, explain why not I wrote to pardon and parole board, and to Congressional Committee, waiting for response Also I spoke to Jailers at LA County but I don't Know what they did.

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff Derek Wardlaw
(print plaintiff's name)

who presently resides at Central State Prison, 4600 Fulton Mill Rd, Macon, Ga 31208
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

Los Angeles County Jail
(institution/city where violation occurred)

**CIVIL RIGHTS COMPLAINT**

on (date or dates) From 02/19/2014 to 06/18/2014 _____, _____ .
                              (Claim I)              (Claim II)                        (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant  Officer Marino "Full name unknown" _____ resides or works at
   (full name of first defendant)

   LA County Jail
   (full address of first defendant)

   Jailer    LASO
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

   Explain how this defendant was acting under color of law:
   He was in Sheriff uniform working for the Jail

2. Defendant  Officer Chin "Full name Unknown" _____ resides or works at
   (full name of first defendant)

   LA County Jail
   (full address of first defendant)

   Jailer    LASO
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

   Explain how this defendant was acting under color of law:
   He was in Sheriff uniform working for the Jail

3. Defendant  PTS LLC
   (full name of first defendant)                                                    resides or works at

   1536 Winchester Ave #306, Ashland, Kentucky 41101
   (full address of first defendant)

   Extradition Agency, ▓▓▓▓▓
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

   Explain how this defendant was acting under color of law:
   Transporting prisoners over state lines in uniform carying weapons.

---

4.  Defendant _____ resides or works at
    ____(full name of first defendant)____

    _____
    (full address of first defendant)

    _____
    (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☐ individual    ☐ official capacity.

    Explain how this defendant was acting under color of law:

    _____

    _____


5.  Defendant _____ resides or works at
    ____(full name of first defendant)____

    _____
    (full address of first defendant)

    _____
    (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☐ individual    ☐ official capacity.

    Explain how this defendant was acting under color of law:

    _____

    _____

CV-66 (7/97)

D. CLAIMS*

**CLAIM I**

The following civil right has been violated:

My Pre-detainees' Rights were violated, my Constitutional rights were violated and my Human rights were violated.

according to many cases described in D Claims cases attached

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

From 02/19/2014 I was in Los Angeles County Jail there were some kids on the 6th floor that touched me while I slept, it may be on camera. There was a guard named Marino that threw some container of milk and hit me in the testicles while I layed on my bunk, that's on camera. I spoke to MH nurse Licoln and others about my situation. Also a guard named Chin left me chained to a spyder table leg over night with no real water source with people urinating on the floor, Chained there also, on camera too. Then some Caucasion Male put me in a cell with no blanket, no mat, very cold, to sleep on a steal bunk for a couple of days. One day I was chained to a bench and I was denied a bathroom by an Asian guard, so I had to urinate on the floor. Also one cop there said he was in the Army like me, a veteran, said I should be released in 29

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

Continued on D Claims Facts

CV-66 (7/97)

**E. REQUEST FOR RELIEF**

I believe that I am entitled to the following specific relief:

I would like to sue all the party's for compesatory damages, and punitive damages and collect money for rights violations

I also would like a permanent injunction and preliminary injunction for improved conditions, and improved medical care, also ability to recieve the medication I need when I need it

05/23/2016
*(Date)*

*(Signature of Plaintiff)*

## D) Claims Facts

~~Denial~~ ~~$~~ ~~denial~~ ~~$~~

days, if I was not extradited by then. The Judge, Judge Renee F. Corn and some secretary of Georgia may of violated extradition laws, because I went to court like 3 times over the course of 3 months trying not to be extradited. Way over 28 days. Also the extradition transport, Pt Servics transportation (I believe it was called) had a small van for 8 people that had fold seats screwed and duck taped in the back of it, no seat belts, and a bottle to urinate into, until we reached a jail destination to sleep at night, and along the journey. Also I was segrigated by the race of my skin color, durning processing. And I wasn't alowed any exercise for like a month with 24 hour lockdown. And my medication was canceled, and medical things were lost in transport by Pt services. Also one of the other MH lady's moved me into seggrigation just because I wouldn't speak to her. With no kind of hearing. ~~Just~~ ~~Also~~ Also I was left in a cell for like over a week that had no working toilet, I had to use bathroom in the sink.

1000246906

D Claims Cases

(10)† Bell v. Wolfish, 441 U.S. 520, 535, 99 S.Ct 1861 (1979)

(11)† United States v. Gotti, 755 F. Supp. 1159, 1164 (E.D.N.Y. 1991)

(13)† Systematic racial discrimination Restatement
(Third) of Foreign Relations Law, Section 702 (1987)

(14)† Block v. Rutherford, 468 U.S. 576, 585-89, 104 S.Ct 3227 (1984)

(15)† Inmates of Allegheny County v. Pierce, 612 F.2d 754, 760-61 (3d Cir. 19

(16)† Anela v. City of Wildwood, 790 F.2d 1063, 1069 (3d Cir. 1986)

(17)† Hamm v. DeKalb County, 774 F.2d 1567, 1574 (11th Cir. 1985)

(18)† Mitchell v. Dupnik, 75 F.3d 517, 524 (9th Cir. 1996)

(19)† Canell v. Lightner, 143 F.3d 1210, 1213 (9th Cir. 1998)

(20)† Robinson v. Page, 170 F.3d 747, 748 (7th Cir. 1999)

(21)† Calhoun v. DeTella, 319 F.3d 936 (7th Cir. 2003)

(22)† Cockroft v. Kirkland, 548 F. Supp.2d 767 (N.D. Cal 2008)

(23)† Siggers-El v. Barlow, 433 F. Supp.2d 811 (E.D. Mich. 2006)

(24)† Scott v. Ambani, 577 F.3d 642 (6th Cir. 2009)

(25)† Spruill v. Gillis, 372 F.3d 218 (3d Cir. 2004)

(26)† Meloy v. Bachmeir, 302 F.3d 845, 849 (8th Cir. 2002)

(27)† Pierce v. County of Orange, 526 F.3d 1190 (9th Cir. 2008)

(28)† Palmer v. Johnson, 193 F.3d 346 (5th Cir. 1999)

(29)† Jones El v. Burge, 164 F. Supp.2d 1096 (W.D. Wisc. 2001)

(30)† DeSpain v. Uphoff, 264 F.3d 965 (10th Cir. 2001)

(31)† Hosna v. Groose, 80 F.3d 298, 306 (8th Cir. 1996)

(32)† Delaney v. DeTella, 256 F.3d 679 (7th Cir. 2001)

(33)† Bailey v. Shillinger, 828 F.2d 651 (10th Cir. 1987)

(34)† Hearns v. Terhune, 413 F.3d 1036 (9th Cir. 2005)

(35)† Jones v. United States, 91 F.3d 623 (3d Cir. 1996)

(36)† Plummer v. United States, 580 F.2d 72 (3d Cir. 1978)

(37)† Sealey v. Giltner, 197 F.3d 578 (2d Cir. 1999)

(38)† Wilkinson v. Austin, 545 U.S. 209 (2005)

① racial segg. case
② Freedom of speech
③ racial segg. case
④ Detainees' with MH illness must have better conditions than other Pre-trial detainees
⑤ Prisoners are entitled to basic supplies
⑥ Must provide prisoners with exercise outside of their cells
⑦ negligence
⑧ ♪ ♪ ♪
⑨ physical brutality
⑩ Pre-trial detainees' rights, haves due process, and 8th amendment rights
⑪ Conditions of Jail amount to punishment, violates due process
⑫ Pre-trial detainees' rights
⑬ racial rights
⑭ - ⑮ Pre-trial detainees' rights
⑯ Procedural Due process challenges segg.
⑲ ⑳ ㉒ ㉓ → Constitutional Damages are another catigory you can be compensated
㉑ PLRA nominal and punitive damages
㉔ → ㉖ → Doctor Failure to respond to medical needs
㉗ Lack of exercise for Pre-trial Detainers' violation un constitutional
㉘ Conditions add up to create an overall unconstitutional situation
㉙ Constant Isolation for prisoners with serious MH violates 8th Amendment
㉚ Prisoners are entitled to basic supplies
㉛ ㉞ Must provide exercise
㉟ - ㊱ Negligence

Case 2:16-cv-03840-JAK-KES Document 1 Filed 06/01/16 Page 10 of 11 Page ID #:10



Derek Wardlaw
190 Walton Creek Rd
Athens, Georgia 30607

ON

MACON G
24 MAY 2016

USA FOREVER 2016   USA FOREVER 2016   USA FOREVER 2016

RECEIVED
CLERK, U.S. DISTRICT COURT

MAY 27 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

United States District Court
Central District of California
312 North Spring Street, Room G-8
Los Angeles, California 90012
ATTENTION: PRO SE CLERK
90012-205578

CENTRAL STATE PRISON
4600 FULTON MILL RD
MACON, GA

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which CPS has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.