**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No.  2:16-cv-03840-JAK-KES                                     Date:  May 25, 2017

Title:  Derek Wardlaw v. Marino, et al.

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:
                None Present                                                     None Present

**PROCEEDINGS (IN CHAMBERS):**     **ORDER to show cause why the correct defendant has not been identified**

On April 11, 2017, the Court served a modified version of Plaintiff's proposed subpoena on the Los Angeles County Sheriff's Department ("LASD"). (Dkt. 46.) As relevant here, Plaintiff's subpoena sought documents that may assist Plaintiff in identifying the correct defendant named in Plaintiff's Third Amended Complaint ("TAC") as "Marino."[1] (Id.) Plaintiff's modified subpoena requested shift in-service documents for May 7, 2014 through May 17, 2014 and May 21, 2014 through June 12, 2014, showing which officers worked on the 6th Floor of Tower One of the Twin Towers Correctional Facility (where Plaintiff was housed during that time period). Plaintiff's subpoena requested a response within fourteen days of service. The Court also ordered that any objections to the subpoena be served on Plaintiff and filed with the Court. (Id. at 2.)

The Court received a return receipt indicating that LASD's Civil Litigation Unit received the subpoena and accompanying Court Order. As of the date of this Order, LASD has not notified the Court that it objects to the subpoena, nor has Plaintiff notified the Court that he has not received subpoena responses. The Court therefore assumes that Plaintiff has received the shift in-service documents

---

[1] Plaintiff's subpoena also sought video footage from the dates and locations where the constitutional violations alleged in his TAC took place.

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:16-cv-03840-JAK-KES

Date: May 25, 2017
Page 2

requested.

**On or before June 26, 2017**, Plaintiff is hereby ordered to either (1) file a status report identifying the correct defendant who was initially named in Plaintiff's TAC as "Marino," if he was able to identify that defendant through the subpoena responses, or (2) show cause as to why he still cannot identify the correct defendant, or (3) file a voluntary dismissal of Defendant "Marino" without prejudice. The Clerk of Court shall please attach a blank Notice of Dismissal form to this Order.

Initials of Deputy Clerk JD

|  |  |
|---|---|
|  |  |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  | CASE NUMBER |
|---|---|
| Plaintiff(s), |  |
| v. | **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |
| Defendant(s). |  |

PLEASE TAKE NOTICE: (*Check one*)

☐  This action is dismissed by the Plaintiff(s) in its entirety.

☐  The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐  The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐  The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐  **ONLY** Defendant(s) _____
_____
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

_____     _____
*Date*                                              *Signature of Attorney/Party*

*NOTE: F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*