O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK WARDLAW,<br><br>Plaintiff,<br><br>v.<br><br>MARINO, et al.,<br><br>Defendants. | Case No. 2:16-cv-03840-JAK-KES<br><br>ORDER ACCEPTING <u>AMENDED</u> REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the <u>Amended</u> Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which objections have been made. (Dkt. 95.) The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered (1) granting summary judgment in favor of Defendants Ming Chen and Juan Merino and dismissing the Third Amended Complaint without prejudice as to those Defendants due to failure to exhaust administrative remedies, and (2) dismissing the Third

Amended Complaint without prejudice as to the Defendants identified as "PTS, LLC (Workers, Names Unknown)" due to failure to prosecute.

DATED: September 4, 2018

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE