JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK WARDLAW,<br>      Plaintiff,<br>   v.<br>MARINO, et al.,<br>      Defendant. | Case No. 2:16-cv-03840-JAK-KES<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the <u>Amended</u> Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that Defendants Ming Chen and Juan Merino's (the "Officer Defendants") motion for summary judgment (Dkt. 82) is GRANTED. The Third Amended Complaint is dismissed without prejudice as to those Defendants. Plaintiff may seek to renew the claims if he can timely exhaust his administrative remedies, and fails to receive the requested relief.

IT IS FURTHER ADJUDGED that the Third Amended Complaint is dismissed without prejudice as to the Defendants identified as "PTS, LLC

(Workers, Names Unknown)" due to Plaintiff's failure to prosecute.

DATED: September 4, 2018

                                        JOHN A. KRONSTADT
                                        UNITED STATES DISTRICT JUDGE